AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

August 01, 2025

Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. **3:25-MJ-0012** |
| LUIS LEIJA | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 29, 2025 thru July 31, 2025  in the county of  Brazoria  in the
 Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. section 922(o)(1) | Unlawful transfer or possession of a machinegun as defined in Title 26 U.S.C. section 5845(b) |

This criminal complaint is based on these facts:

See attached affidavit in support of the criminal complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Chauncy Bradley - Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/1/25

City and state: ~~Houston, Texas~~ Bradjur

*Judge's signature*

Honorable ~~Richard Bennett~~ Andrew Edison
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chauncy Bradley, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed since June 2022. I am currently assigned to a squad that investigates violent crimes to include investigations of RICO, murder for hire, assaults on federal officers, Hobbs Act violations, drug trafficking, and violations of federal firearms laws, amongst other crimes. During my time with the FBI, I have also participated in white-collar crime investigations to include matters involving identity theft, wire fraud, bank fraud, health care fraud, and money laundering. I have conducted or participated in surveillances, the execution of search warrants, debriefings of witnesses and informants, and reviews of recorded conversations. Through my training, education, and experience, including conversations with other law enforcement officers, I have become familiar with firearms traffickers' and gangs' methods of operation to include the manufacture, storage, transportation, and distribution of firearms.

2. This Affidavit is made in support of a criminal Complaint charging **Luis LEIJA** (**"LEIJA"**) with Transfer or Possession of a Machinegun in violation of Title 18 U.S.C. § 922(o)(1), as defined in Title 26 § 5845(b). I am familiar with information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers in this investigation.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal Complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that violations of Transfer or Possession of a Machinegun in violation of Title 18 U.S.C. § 922(o)(1)

has been committed by **LEIJA**. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## PROBABLE CAUSE

4. Based on the facts set forth in this Affidavit, there is probable cause to believe that from at least July 29, 2025 to July 31, 2025 **LEIJA** possessed, transported, and sold Machine Gun Conversion Devices (MCDs)[1] in violation of Title 18 U.S.C. § 922(o)(1). A MCD, commonly referred to as a "Glock Switch" is a device specifically designed and intended to convert a semi-automatic, Glock-type pistol into a fully automatic machinegun. As such, MCDs meet the statutory definition of a "Machinegun" under Title 26, § 5845(b).

5. The FBI, and the Brazoria County District Attorney's Office are investigating violent, robbery crew networks in Alvin, Texas. The investigative team identified **LEIJA** as a firearms supplier within Alvin, Texas. **LEIJA** distributes firearms to include MCDs. The FBI utilizing a Confidential Human Source (CHS) communicated primarily via electronic communication with **LEIJA** to schedule and conduct controlled purchases of firearms and MCDs from **LEIJA**.

6. On July 29, 2025, the CHS was tasked by law enforcement personnel to contact **LEIJA** to negotiate the purchase of a firearm equipped with a MCD. The CHS's person and vehicle was searched by Agents prior to the operation and was found to be clear of contraband. **LEIJA** agreed to sell the CHS a firearm and advised the CHS to meet him at 18800 Treetop Drive in Pearland, Brazoria County, Texas. Upon arrival, **LEIJA** exited his vehicle and entered the CHS's vehicle

---

[1] The National Firearms Act defines the term "Machinegun" as any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person.

via the front passenger side. **LEIJA** then directed the CHS to **LEIJA's** residence located at 8492 County Road 128 in Alvin, Texas 77511. Upon arrival at **LEIJA's** residence, **LEIJA** advised the CHS to come to the front porch of the residence. The CHS and **LEIJA** then negotiated the purchase of three (3) firearms in which LEIJA agreed to sell his Glock 22 .40MM (Serial #CEBW830) with an attached MCD for approximately $1,000. A second male advised he would agree to sell the CHS his Glock .45 (Serial #CEBW830) with a MCD attached for approximately $1000 USD. Shortly after, a third male agreed to sell the CHS his fully functional AR pistol with no make, model, or serial identifiers attached with a MCD. In the course of the transaction, **LEIJA** and the second male explained to CHS the weapons' functionality, how the MCDs worked, and light attachments to the CHS, and eventually shot the Glock weapons to prove the accuracy and the fully automatic capabilities of the MCDs. CHS purchased the firearms with FBI funds. After the purchase, the CHS person and vehicle were searched again and no contraband other than the purchased firearms evidence were found.

7. On July 31, 2025, the office of the Brazoria County District Court issued an arrest warrant for Prohibited Weapon (Cause No: D-051808) for **LEIJA**. Arrest warrants were also issued for the two additional males for Prohibited Weapons.

8. On July 31, 2025, the CHS was tasked by law enforcement personnel to contact **LEIJA** to negotiate the purchase of firearms and MCDs. **LEIJA** agreed to sell the CHS five (5) firearms and 222 MCDs. At the direction of law enforcement personnel, the CHS arranged to meet **LEIJA** at the Holiday Inn Express & Suites, 1702 N Main Street in Pearland, Texas 77581. Surveillance units observed **LEIJA** in a vehicle with one of the same previously identified males, in the parking lot of the Holiday Inn. Members of the Houston Police Department (HPD) SWAT executed the arrest warrants on **LEIJA** and the other male without incident. Law enforcement

personnel recovered a FN 509 pistol (Serial GKS0089344), an AR pistol (Serial P 13160), and 221 MCDs from the vehicle occupied by **LEIJA** and the other male.

9. Based on the aforementioned, **LEIJA** has knowingly possessed, transported, and sold MCDs in violation of Title 18 U.S.C. § 922(o)(1).

## CONCLUSION

10. Based upon the information delineated above, I respectfully submit there is probable cause to believe that from as early as July 29, 2025 to July 31, 2025 **LEIJA** knowingly possessed, transported, and sold MCDs in violation of Title 18 U.S.C. § 922(o)(1).

Respectfully submitted,

Chauncy Bradley
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on ___August 1___, 2025

Honorable Richard Bennett
United States Magistrate Judge
Southern District of Texas

4